| | |
|---|---|
| S.A., Next Friend Angi Allen; L.A., Next Friend Angi Allen; H.B., Next Friend Julie Beaner; Ad.S., Next Friend Bryan Schave and Brandi Schave; Al.S., Next Friend Bryan Schave and Brandi Schave; S.D., Next Friend Jennifer Degroot and Philip Degroot; A.L., Next Friend Nathan Leuning; M.B., Next Friend Joseph Bilderback; M.D., Next Friend David Denson; M.W., Next Friend Eugene Ware and Marsha Ware; KA, Next Friend Cathy Anderson; R.T., Next Friend Luke Tibbetts and Bobbie Tibbetts<br><br>        Plaintiffs – Appellees<br><br>vs.<br><br>Sioux Falls School District 49-5<br><br>        Defendant – Appellant<br><br>Jane Stavem, in her official capacity as Superintendent; Casey Meile, in his official capacity as Coordinator of Athletics for the Sioux Falls School District No. 49-5<br><br>        Defendants | Case No. 23-3401<br><br><br><br><br><br><br><br>NOTICE OF METHOD OF APPENDIX PREPARATION AND DESIGNATION OF RECORD |

Appellant Sioux Falls School District 49-5, by and through counsel, hereby notices that counsel for the parties have conferred and agreed to submit a joint appendix. The joint appendix will include the following docket entries (inclusive of exhibits):

| Docket No. | Date Filed | Item |
|---|---|---|
| 1 | 09/12/2023 | Complaint |
| 3 | 09/12/2023 | Motion for Temporary Restraining Order and Preliminary Injunction |
| 4 | 09/12/2023 | Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction |

| 5 | 09/12/2023 | Affidavit in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 14 | 09/21/2023 | Stipulation |
| 15 | 09/22/2023 | Order Approving Stipulation |
| 17 | 09/29/2023 | Response to Motion for Temporary Restraining Order and Preliminary Injunction |
| 18 | 09/29/2023 | Affidavit of Jane Stavem in Opposition to Motion for Temporary Restraining Order and Preliminary Injunction |
| 19 | 10/05/2023 | Reply to Response to Motion for Temporary Restraining Order and Preliminary Injunction |
| 20 | 10/05/2023 | Affidavit of Eric Van Beek in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 21 | 10/05/2023 | Affidavit of Kevin Knapp in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 22 | 10/05/2023 | Affidavit of Les Coin in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 24 | 10/05/2023 | Affidavit of Angi Allen in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 26 | 10/13/2023 | Memorandum Opinion and Order Granting Preliminary Injunction |
| 27 | 10/27/2023 | Notice of Appeal |
| 30 | 11/03/2023 | Transcript of October 10, 2023 hearing |

Dated at Sioux Falls, South Dakota, this 8th day of November, 2023.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.


 /s/ Reece M. Almond
Reece M. Almond
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone (605) 336-2880
Facsimile (605) 335-3639
ralmond@dehs.com
*Attorneys for Appellant*