IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| S.A., Next Friend Angi Allen; L.A., Next Friend Angi Allen; H.B., Next Friend Julie Beaner; Ad.S., Next Friend Bryan Schave and Brandi Schave; Al.S., Next Friend Bryan Schave and Brandi Schave; S.D., Next Friend Jennifer Degroot and Philip Degroot; A.L., Next Friend Nathan Leuning; M.B., Next Friend Joseph Bilderback; M.D., Next Friend David Denson; M.W., Next Friend Eugene Ware and Marsha Ware; KA, Next Friend Cathy Anderson; R.T., Next Friend Luke Tibbetts and Bobbie Tibbetts<br><br>         Plaintiffs – Appellees<br><br>    vs.<br><br>Sioux Falls School District 49-5<br><br>         Defendant – Appellant<br><br>Jane Stavem, in her official capacity as Superintendent; Casey Meile, in his official capacity as Coordinator of Athletics for the Sioux Falls School District No. 49-5<br><br>         Defendants | Case No. 23-3401<br><br><br><br>**CERTIFICATE OF SERVICE OF NOTICE OF METHOD OF APPENDIX PREPARATION AND DESIGNATION OF RECORD** |

I hereby certify that I electronically filed the **Notice of Method of Appendix Preparation and Designation of Record** with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system for electronic service upon the following listed attorneys of record:

- 1 -

Claire E. Wilka
Alex M. Hagen
Cadwell Sanford Deibert & Garry LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD 57104
cwilka@cadlaw.com
ahagen@cadlaw.com
   *Attorneys for Appellees*

on the 8th day of November, 2023.

Dated at Sioux Falls, South Dakota, this 9th day of November, 2023.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

/s/ *Reece M. Almond*
Reece M. Almond
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone (605) 336-2880
Facsimile (605) 335-3639
ralmond@dehs.com
   *Attorneys for Appellant*